No. 2,507.

LOUIS A. GARNETT et al., PETITIONER, v. JOHN W. BOST (Surveyor General of the State of California), RESPONDENT.

APPLICATION for a writ of mandamus.

WALLACE, J., delivered the opinion of the Court:

Upon the authority of the *Iron Mountain Co.* v. *Haight* (39 Cal. 540), the mandate is denied.